1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

YASISH MOGAM PADAYACHI,

Case No.: C 09-5545 PVT

12

    Plaintiff,

13

    v.

14

INDYMAC BANK, et al.,

15

    Defendants.

**ORDER Extending Schedule for Motion to Dismiss; and Extending Deadline for Parties to File Either a "Consent to Proceed Before a United States Magistrate Judge," or a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment"**

16

17

    On December 14, 2009, Defendant One West Bank filed a Motion to Dismiss. Pursuant to

18

Civil Local Rule 73-1(a)(2),[1] no later than five court days after that motion was filed each party was

19

required to file either a written consent to the jurisdiction of the Magistrate Judge, or request

20

reassignment to a District Judge.[2] Only Defendant One West Bank has done so. Therefore, based on

21

the file herein,

22

    IT IS HEREBY ORDERED that the hearing on Defendant One West Bank's Motion to

23

Dismiss is CONTINUED to February 23, 2010, at 10:00 a.m. in Courtroom 5 of this court.

24

    IT IS FURTHER ORDERED that the deadline for the parties to file either a "Consent to

25

26

27

    [1]    A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

28

    [2]    Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," is extended to February 9, 2010. Both forms are available from the clerk of the court, or from the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that the deadline for Plaintiff to file a written opposition to the motion to dismiss his complaint is extended to February 9, 2010.[3] Plaintiff can find information about responding to a motion in the court's Handbook for Litigants Without a Lawyer, which is available from the clerk of the court, or by clicking on the "Pro Se Handbook" link in the list on the right-hand side of the court's website.

IT IS FURTHER ORDERED that Defendant One West Bank may file reply papers no later than February 16, 2010.

Dated: *1/19/2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3]    Plaintiff has not yet filed any written opposition to the motion. *See* Civ.L.R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). Because Plaintiff is *pro se*, the court finds it appropriate to extend the deadline for filing the opposition. *See, Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (Under Ninth Circuit case law, *pro se* litigants are treated with "great leniency" when evaluating compliance with "the technical rules of civil procedure").

1

2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4  copies mailed on    *1/20/10*            to:

5  Yasish Mogam Padayachi
   27204 Lemay Way
6  Hayward, CA 94544

7
                                    */s/ Donna Kirchner*            *for*
8                                  CORINNE LEW
                                   Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28