1

2          **E-Filed 8/26/2010**

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11             SAN JOSE DIVISION

12

13   YASISH MOGAM PADAYACHI,              Case Number C 09-5545 JF (PVT)

14              Plaintiff,                ORDER[1] GRANTING PLAINTIFF'S
                                          REQUEST FOR AN EXTENSION
15        v.                              OF TIME

16   INDYMAC BANK, ONE WEST BANK,         [re:  document no. 34]
     QUALITY LOAN SERVICE CORP.,
17
              Defendants.
18

19        On July 23, 2010, the Court granted Defendants' motion to dismiss Plaintiff's first

20   amended complaint with leave to amend.  The Court stated that "[a]ny amended complaint must

21   be filed within thirty (30) days of the date of this order."  Dkt. No. 32 at 8.  Plaintiff, proceeding

22   *pro se*, now requests that the Court provide him with a five day extension within which to file his

23   second amended complaint so that he may obtain relevant documents he already has requested

24   from his lender and the county recorders office.  Dkt. No. 34 at 1.  The request is unopposed.

25   Good cause therefor appearing, Plaintiff's request is GRANTED.

26

27   _____

28        [1] This disposition is not designated for publication in the official reports.

     _____
     Case No. C 09-5545 JF (PVT)
     ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME
     (JFLC1)

1   **IT IS SO ORDERED.**

2   DATED: August 26, 2010

3

4                    JEREMY FOGEL
                   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-5545 JF (PVT)
ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME
(JFLC1)

1   A copy of this order has been served upon the following persons:

2   Yasish Mogam Padayachi
    27204 Lemay Way
3   Hayward, CA 94544

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-5545 JF (PVT)
ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME
(JFLC1)